CAUSE NO. 01-14-00944-CR

VICTOR LENARD HAMMONDS
APPELLANT

VS.

THE STATE OF TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JAN - 7 2015

CHRISTOPHER A. PRINE
CLERK CM

COURT OF APPEALS
FIRST DISTRICT
HOUSTON, TEXAS

## CERTIFICATE OF SERVICE

I, VICTOR LENARD HAMMONDS AT THE TIME OF SERVICE IS OVER 18 YEARS OF AGE AND A PARTY TO THIS CAUSE AND AM INCARCERATED AT THE HARRIS COUNTY SHERIFFS OFFICE: 1200 BAKER STREET, HOUSTON, TEXAS 77002.

I SERVED THE FOREGOING NOTICE OF APPEAL APPELLATE CASE NUMBER 01-14-00944-CR ON EACH PERSON NAMED BELOW BY ENCLOSING A COPY IN AN ENVELOPE ADDRESSED AS SHOWN BELOW BY AND PLACING THE ENVELOPE FOR COLLECTION AND MAILING ON THE DATE AND AT PROCESSING CORRESPONDING FOR MAILING.

DATE MAILED: JANUARY 5, 2015    PLACE MAILED (CITY, STATE) HOUSTON, TEXAS 77002

COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TX 77002

CHRIS DANIEL
DISTRICT CLERK OF HARRIS COUNTY
201 CAROLINE ST
HOUSTON, TEXAS 77002

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF TEXAS THAT THE FOREGOING IS TRUE AND CORRECT, EXECUTED JANUARY 5, 2015 AT HOUSTON, TEXAS.

VICTOR LENARD HAMMONDS - AFFIANT

TO: COURT OF APPEALS         VICTOR LENARD HAMMONDS
   FIRST DISTRICT            SPN#02698221
   301 FANNIN STREET         1200 BAKER ST.(5D2BØIT)
   HOUSTON, TEXAS 77002     HOUSTON, TEXAS 77002

JANUARY 5, 2015

RE: POST JUDGEMENT MOTION
STYLE: VICTOR LENARD HAMMONDS V. THE STATE OF TEXAS

I, VICTOR LENARD HAMMONDS, SPN#02698221 WOULD LIKE THE COURT RECORDS TO REFLECT THAT I CONTINUE TO BE INDIGENT AND ASK THAT A POST JUDGEMENT MOTION BE FILED ON MY BEHALF. COURT OF APPEALS NUMBER: 01-14-00944-CR.

RESPECTFULLY SUBMITTED

GRANTED: _____ ,
DENIED: _____ ,
AND IT IS SO ORDERED

_____
JUDGE PRESIDING

# AFFIDAVIT OF INDIGENCY

BEFORE ME, THE UNDERSIGNED AUTHORITY PERSONALLY APPEARED I, VICTOR LENARD HAMMONDS, WHO DULY SWORN, DEPOSED AS FOLLOWS: MY NAME IS VICTOR LENARD HAMMONDS SPN#02698221, I AM OVER 18 YEARS OF AGE, COMPETENT TO MAKE THIS AFFIDAVIT AND PERSONALLY ACQUANTED WITH THE FACTS HEREIN STATED: I AM THE APPELLANT IN STYLED CAUSE NUMBER 01-14-00944-CR SUBMITS THIS AFFIDAVIT OF INDIGENCY TO THE COURT. APPELLANT WILL SHOW THE COURT THAT HE HAS BEEN INDIGENT THROUGHOUT THIS PROCESS AND CONTINUES TO BE INDIGENT, THE APPELLANT HAS NO ACTIVE BANK ACCOUNT, NO REAL ESTATE PROPERTY OR ANYTHING OF VALUE.

I SUBMIT THIS AFFIDAVIT OF INDIGENCY IN AN EFFORT TO MAKE ARRANGEMENTS FOR THE REPORTERS ON RECORD. I HAVE NO EXPERIENCE IN MATTERS OF THE COURT. MY CURRENT HOUSING ASSIGNMENT IN HARRIS COUNTY JAIL, 1200 BAKER STREET, DOES NOT ALLOW ACCESS TO COURTS OR THE LAW LIBRARY. I FURTHER DO NOT HAVE ACCESS TO A NOTARY. THEREFORE, FROM THE POINT OF FILING THE NOTICE OF APPEAL I DON'T POSSESS THE LEGAL ACUMEN TO MEET THE GUIDELINES TO ADVANCE MY APPEALED CAUSE THROUGH THE APPEAL PROCESS. I NEED APPOINTMENT OF COUNSEL. I STATED THIS REQUEST MORE THAN ONCE IN MY FILINGS WITH YOUR OFFICE.

THE FACTS STATED HERE ARE VOLUNTARY.

_____
AFFIANT

SWORN AND SUBSCRIBED BEFORE ME ON THE 5TH DAY OF JANUARY, 2015

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77019 $ 000.48⁰
02 1W
0001374179 JAN 06 2015

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Victor Hammonds
SPN: 02649221    Cell: 5D2B
Street: 1200 Baker St.

Houston, Texas 77002

RECEIVED APPEALS
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 7 2015

CHRISTOPHER A. PRINE
CLERK

LEGAL

INDIGENT

Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002 - 2066

77002206699